1

2

3

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

7   NICHOLAS ANDRES FUENTES, III,

8                         Plaintiff,

9         v.

10  DR. GILBERT ESCANDON, SGT.
    HILL, DR. CRISWELL KENNEDY,
11  CHRISTY RAY, JOHN C.
    MCGRATH, LYNETT BROWN and
12  MENTAL HEALTH STAFF AN
    COUNSLERS,
13
                         Defendants.
14

NO:  2:15-CV-71-RMP

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
DISMISSING COMPLAINT

15       By Report and Recommendation filed May 12, 2015, Magistrate Judge

16  Hutton recommended that Plaintiff's complaint be dismissed without prejudice

17  pursuant to his motion to voluntarily dismiss under Fed. R. Civ. P. 41(a).  Mail

18  sent to Mr. Fuentes at the Spokane County Jail was returned as undeliverable, with

19  the notation, "not in jail."  Plaintiff has not kept the Court apprised of his current

20  address and has filed nothing further in this action.

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT ~ 1

1    There being no objections, **IT IS ORDERED** that the Report and

2  Recommendation, ECF No. 10, is **ADOPTED in its entirety,** Plaintiff's Motion,

3  ECF No. 9, is **GRANTED,** and the Complaint, ECF No. 8, is **DISMISSED**

4  **without prejudice.**

5    Although granted the opportunity to do so, Plaintiff did not file a separate

6  Motion and Affidavit to waive the remaining balance of the filing fee as directed.

7  Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant

8  to 28 U.S.C. § 1915(b).

9    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this

10  Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff at

11  his last known address, and close the file.

12    **DATED** this 26th day of May 2015.

13

14                                   *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
15                                 Chief United States District Court Judge

16

17

18

19

20

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT ~ 2