# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

NICHOLAS A. FUENTES, III,

    *Plaintiff*

v.

GILBERT ESCANDON, et al,

    *Defendant*

Civil Action No.  2:15-CV-00071-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  IT IS ORDERED that the Report and Recommendation, ECF No. 10, is ADOPTED in its entirety, Plaintiff's Motion, ECF No. 9, is GRANTED, and the Complaint, ECF No. 8, is DISMISSED without prejudice.  File closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  May 26, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
    *(By) Deputy Clerk*
Cheryl Cambensy